UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIER GOUREAU, OLIVIER GOUREAU, INC., and NOG INTERNATIONAL, INC.<br><br>Plaintiffs,<br><br>-against -<br><br>NOEMI GOUREAU, NICOLAS GOUREAU, STEPHANIE GOUREAU, GOOBERRY, CORP., and FOPPS, INC.,<br><br>Defendants. | Civil Action<br>No. 12 CV 6443 (VLB)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and through the respective undersigned counsel for the parties hereto, as follows:

1. Plaintiffs shall have until November 12, 2012 to amend their Complaint.

2. Defendants' time to answer, move or otherwise respond to the Complaint is extended through and including November 30, 2012.

3. This is the first request for an extension of time.

4. The parties seek this adjournment to allow Plaintiffs to amend the Complaint, and Defendants to respond, in an orderly manner, and to allow Defendants to move the Court for reassignment to the Manhattan Courthouse.



Respectfully submitted,

YANKWITT & MCGUIRE, LLP

*[signature]*

Harold F. McGuire
Russell M. Yankwitt
Daniel F. McGuire

140 Grand Street, Suite 501
White Plains, New York 10601
Phone: (914) 686-1500
Fax: (914) 801-5930
hmcguire@yankwitt.com

*Attorneys for Plaintiffs*

TANNENBAUM HELPERN
SYRACUSE & HIRSCTRITT LLP

*[signature]*

Paul D. Sarkozi
Jaclyn H. Grodin

900 Third Avenue
New York, New York 10022
Phone: (212) 508-6776
Fax: (212) 371-1084
sarkozi@thsh.com
grodin@thsh.com

*Attorneys for Defendants*

SO ORDERED:

*[signature]*

Honorable Vincent L. Briccetti
United States District Judge

Dated: November 1, 2012
White Plains, N.Y.

2